# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

DENISE JONES-GOOCH,

    Plaintiff,

v.                                            Case No. 3:18-cv-1066-J-32JBT

MEGAN J. BRENNAN, Postmaster
General, United States Postal
Service,

    Defendant.

## **O R D E R**

This case is before the Court on the Defendant's Second Dispositive Motion to Dismiss (Doc. 14). On April 30, 2019, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 23) recommending that the motion to dismiss be granted and the Amended Complaint (Doc. 12) be dismissed without prejudice. Plaintiff Denise Jones-Gooch filed Objections to the Magistrate Judge's Report and Recommendation (Doc. 26).

Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 23), it is hereby

**ORDERED:**

1. Plaintiff's Objections to the Magistrate Judge's Report and Recommendation (Doc. 26) are **OVERRULED**.

2. The Report and Recommendation of the Magistrate Judge (Doc. 23) is **ADOPTED** as the opinion of the Court.

3. Defendant's Second Dispositive Motion to Dismiss (Doc. 14) is **GRANTED**.

4. The Amended Complaint (Doc. 12) is **DISMISSED without prejudice**.

5. Not later than **August 6, 2019**, Plaintiff shall file a second amended complaint that provides sufficient factual allegations stating a plausible claim for relief. Defendant shall respond to the second amended complaint by **August 27, 2019**.

6. The Case Management Scheduling Order (Doc. 15) is **VACATED**.

7. Not later than **August 27, 2019** the parties shall provide a joint revised Case Management Report.

**DONE AND ORDERED** in Jacksonville, Florida this 15th day of July, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies to:

Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of record